# MANDATE

**UNITED STATES COURT OF APPEALS**
**FOR THE SECOND CIRCUIT**
THURGOOD MARSHALL U.S. COURT HOUSE
40 FOLEY SQUARE
NEW YORK 10007

FILED AUG 30 1:44 PM '04
U.S. DISTRICT
NEW HAVEN

Roseann B. MacKechnie
CLERK



| | |
|---|---|
| Date: | 8/17/04 |
| Docket Number: | 03-2367-pr |
| Short Title: | Benjamin v. INS |
| DC Docket Number: | 03-cv-95 |
| DC: | DISTRICT OF CONNECTICUT (NEW HAVEN) |
| DC Judge: | Honorable Robert Chatigny |

## ORDER OF DISMISSAL

NOTICE HAVING BEEN GIVEN ZZ! that Appellant was required to file a Prisoner Authorization form, properly signed and without alternation, and

**APPELLANT HAVING FAILED** to file said Prisoner Authorization form within the **THIRTY DAYS** prescribed,

**THIS APPEAL IS DISMISSED.**

## CERTIFICATE OF MAILING

The undersigned Deputy Clerk hereby certifies that this Order was mailed this date to all parties to this action.

SO ORDERED,

For the Court,
Roseann B. MacKechnie, Clerk
By: *Connie Mazariego* /Hp
Connie Mazariego
Deputy Clerk, USCA

A TRUE COPY
ROSEANN B. MacKECHNIE, CLERK
*Helene Philly*

Certified: AUG 17 2004